UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KENNIE HOWARD, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:10 CV 1389 JCH |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security ) | |
| ) | |
| Defendant. ) | |

**JUDGMENT ORDER**

For the reasons set forth in the Memorandum Opinion filed herewith,

**IT IS HEREBY ORDERED** that the final decision of the Commissioner of Social Security is reversed under Sentence Four of 42 U.S.C. § 405(g) and remanded for further proceedings.

Dated this 8th day of September, 2011.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE